1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8   UNITED STATES OF AMERICA,

9                               Plaintiff,          Case No. 16-523

10           v.                                     **DETENTION ORDER**

11   RICARDO MARTINEZ-POLIN,

12                               Defendant.

13           The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

14   and based upon the factual findings and statement of reasons for detention hereafter set forth,

15   finds that no condition or combination of conditions which the defendant can meet will

16   reasonably assure the appearance of the defendant as required and the safety of any other person

17   and the community.

18           **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

19           (1)     Defendant has been charged by complaint with illegal reentry after deportation.

20   He is not a citizen of the United States, and it appears defendant has made multiple unlawful

21   entries into the United States.  Defendant has prior criminal convictions for felony offenses.  The

22   Court received no information about defendant's personal history, residence, family or

23   community ties, employment history, financial status, health, and substance use.  The defendant

DETENTION ORDER - 1

1    through his attorney made no argument as to release, lodged no objections to the contents of the

2    United States Probation and Pretrial report, and stipulated to detention.

3         It is therefore **ORDERED**:

4         (1)    Defendant shall be detained pending trial and committed to the custody of the

5    Attorney General for confinement in a correctional facility separate, to the extent practicable,

6    from persons awaiting or serving sentences, or being held in custody pending appeal;

7         (2)    Defendant shall be afforded reasonable opportunity for private consultation with

8    counsel;

9         (3)    On order of a court of the United States or on request of an attorney for the

10   Government, the person in charge of the correctional facility in which Defendant is confined

11   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12   connection with a court proceeding; and

13        (4)    The Clerk shall direct copies of this order to counsel for the United States, to

14   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15   Officer.

16        DATED this 13th day of December, 2016.

17

18   _____

19   BRIAN A. TSUCHIDA
     United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2